1  CENTER FOR DISABILITY ACCESS
2  Raymond G. Ballister, Jr., SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Christopher Seabock, SBN 279640
   P. O. Box 262490
4  San Diego, CA  92196-2490
5  Telephone:  858-375-7385
   Facsimile:  888-422-5191
6
7  Attorney for Plaintiff, Becky Barnes-Boers

8  CRIS C. VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
9  6207 South Walnut Street, Suite 800
   Loomis, CA 95650
10 Telephone: 916-660-9401
   Facsimile: 916-660-9378
11
12 Attorneys for Defendant, Silver Shield, LLC

13              UNITED STATES DISTRICT COURT
14              EASTERN DISTRICT OF CALIFORNIA

15 
   Becky Barnes-Boers,
16                                          CASE NO.  2:13-cv-01583-WBS-CMK
17         Plaintiff,
         v.                                 STIPULATION TO SET ASIDE
18                                          DEFAULT; [PROPOSED] ORDER
   Silver Shield, LLC, a Delaware Limited   [Rule 55(c) FRCP]
19 Liability Company; and Does 1-10,
20 
           Defendants.
21

22        Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, Becky
23 Barnes-Boers and Defendant Silver Shield, LLC, a California Limited Liability Company
24 (sued incorrectly herein as a Delaware Limited Liability Company), by and through
25 their respective attorneys, Phyl Grace and Cris C. Vaughan, hereby stipulate to, and

-1-
*STIPULATION TO SET ASIDE DEFAULT*

1  request the Court to, set aside the default that was entered by the Clerk in this matter on
2  October 28, 2013, for good cause and in the interests of justice and allow Defendant, to
3  file an Answer to the Complaint within ten (10) days after entry of the Order setting
4  aside the default.
5      IT IS SO STIPULATED.
6  Dated:  November 14, 2013
7
8        /S/ Phyl Grace_____
    Phyl Grace, Attorney for
9      Plaintiff
10 Dated:  November 13, 2013
11       **/S/**  CRIS C. VAUGHAN_____
    Cris C. Vaughan, Attorney for
12     Defendant, Silver Shield, LLC, a
    California Limited Liability Company
13
14     ORDER
15
16     IT IS SO ORDERED; that the Default entered in this matter on October 28, 2013 is
17 hereby set aside and Defendant shall file an Answer to the Complaint no later than ten
18 (10) days after this Order is filed.  **The Scheduling Conference is continued from**
19 **November 25, 2013 to January 21, 2014 at 2:00 p.m.**  A Joint  Status Report shall be filed
20 no later than **January 7, 2014**.
21
Dated:  November 18, 2013
22
_____
23 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
24
25