IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY BARNES-BOERS, | No. 2:13-CV-1583-WBS-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| SILVER SHIELD, LLC, | |
|     Defendant. | |
|                        / | |

        Plaintiff brings this civil action.  A settlement conference is scheduled for February 19, 2014, at 1:30 p.m. in Redding, California, before the undersigned.  The parties are directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by February 12, 2014.  These statements <u>shall not be filed</u>.  Upon submission of confidential settlement conference statements, the court will make a determination and advise the parties as to the need for attendance at the settlement conference of a person able to dispose of the case or fully authorized to settle the matter on any terms.  <u>See</u> Local Rule 16-270.

/ / /

/ / /

/ / /

Concurrent with their settlement conference statement, the parties shall execute and <u>file</u> the attached Waiver of Disqualification.

IT IS SO ORDERED.

DATED: February 4, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BECKY BARNES-BOERS,                          No. 2:13-CV-1583-WBS-CMK

       Plaintiff,

  vs.

SILVER SHIELD, LLC,

       Defendant.

_____ /

<u>WAIVER OF DISQUALIFICATION</u>

       Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Kellison thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____              _____
                                   By:  For Plaintiff(s)

DATED: _____              _____
                                   By:  For defendant(s)