IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY BARNES-BOERS, | No. 2:13-CV-1583-WBS-CMK |
| Plaintiff, | |
| vs. | |
| SILVER SHIELD, LLC, | |
| Defendant. | |
| _____/ | |

## WAIVER OF DISQUALIFICATION

Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Kellison thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.

DATED: _____

By: _____
For Plaintiff(s)

DATED: 2/12/14

By: _____
For defendant(s)