1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Becky Barnes-Boers,<br><br>     Plaintiff,<br><br>  v.<br><br>Silver Shield, LLC., a Delaware Limited Liability Company; and Does 1-10,<br><br>     Defendants. | Case No.: 2:13-CV-01583-WBS-CMK<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 9, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE